UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MARCO DEWAYNE BUTLER ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:10-cv-564 |
| ) | *Phillips* |
| DAVID OSBOURNE, Warden ) | |
| ) | |
| *Respondent*. ) | |

# **O R D E R**

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which the petitioner challenges his convictions for first degree murder and especially aggravated robbery entered by the Criminal Court for Shelby County, Tennessee. 28 U.S.C. § 2241(d) grants discretion to this court to transfer petitioner's application for the writ of habeas corpus to the district court for the district in which petitioner was tried and convicted. Accordingly, in the interests of justice, judicial economy and convenience of the parties and witnesses, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Western District of Tennessee, Western Division, at Memphis.

**E N T E R:**

                                                                                              s/ Thomas W. Phillips
                                                                                              United States District Judge